IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | SEALED |
| v. | § § | No. 4:22CR 128 |
| MICHAEL RAY GUILLORY | § | Judge Maynart |

**INDICTMENT**

THE UNITED STATES GRAND JURY CHARGES:

**Count One**

Violation: 18 U.S.C. § 1470 (Transfer of Obscene Material to Minors)

On or about November 2, 2020, in the Eastern District of Texas, and elsewhere, **Michael Ray Guillory**, defendant, did use a means and facility of interstate commerce to knowing transfer obscene material to another individual who had not attained the age of 16 years, knowing that the other individual had not attained the age of 16 years. Specifically, the defendant, **Michael Ray Guillory**, engaged in online chats using a communications application with an individual he believed to be younger than 14-years old. During the chats, the defendant, **Michael Ray Guillory**, transmitted obscene material depicting sexually explicit conduct and messaged about his desire to perform the same sexually explicit conduct on the minor child.

In violation of 18 U.S.C. § 1470.

## Count Two

Violation:  18 U.S.C. § 1470 (Transfer of Obscene Material to Minors)

On or about November 3, 2020, in the Eastern District of Texas, and elsewhere, **Michael Ray Guillory**, defendant, did use a means and facility of interstate commerce to knowing transfer obscene material to another individual who had not attained the age of 16 years, knowing that the other individual had not attained the age of 16 years. Specifically, the defendant, **Michael Ray Guillory**, engaged in online chats using a communications application with an individual he believed to be younger than 14-years old.  During the chats, the defendant, **Michael Ray Guillory**, transmitted obscene material depicting sexually explicit conduct and messaged about his desire to perform the same sexually explicit conduct on the minor child.

In violation of 18 U.S.C. § 1470.

## Count Three

Violation:  18 U.S.C. § 2260A (Penalties for Registered Sex Offenders)

Between on or about November 2, 2020, and on or about November 3, 2020, in the Eastern District of Texas, and elsewhere, **Michael Ray Guillory**, defendant, an individual required by Federal or other law to register as a sex offender, committed a felony offense involving a minor under 18 U.S.C. § 1470 (transfer of obscene materials to a minor).  That is, **Michael Ray Guillory**, defendant, committed the offense(s) alleged in Counts One and Two of this Indictment.

In violation of 18 U.S.C. § 2260A.

A TRUE BILL

_____
GRAND JURY FOREPERSON

BRIT FEATHERSTON
UNITED STATES ATTORNEY

_____         Date: 5/12/22
MARISA J. MILLER
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | **SEALED** |
| v. | § § | No. 4:22CR |
| MICHAEL RAY GUILLORY | § § § | Judge |

## NOTICE OF PENALTY

### Counts One and Two

Violation:  18 U.S.C. § 1470

Penalty:  Imprisonment for not more than ten years; a fine of not more than $250,000; and a term of supervised release of not more than 3 years.

Special Assessment: $ 100.00

### Count Three

Violation:  18 U.S.C. § 2260A

Penalty:  Imprisonment for ten years served consecutively to the term of imprisonment imposed for the felony offense(s) involving a minor; a fine of not more than $250,000; and a term of supervised release of not more than 3 years.

Special Assessment: $ 100.00