IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | No. 4:22CR128 |
| v. | § | Judge Mazzant |
| | § | |
| MICHAEL RAY GUILLORY | § | |

**FILED**
DEC 1 2 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

## FACTUAL BASIS

The defendant, **Michael Ray Guillory**, stipulates and agrees that the following facts are true and correct:

1. The defendant, **Michael Ray Guillory (Guillory)**, who is changing his plea to guilty, admits that he is the individual charged in the Indictment.

2. **Guillory** admits that beginning in or about October 2020 through in or about March 2021, he used an Internet-based communications application and digital devices he owned and possessed to communicate with a minor he believed to be younger than 14-years old (hereafter "Minor"). As part of the chats, **Guillory** identified himself as a college math teacher and offered to tutor Minor. **Guillory** asked whether Minor's parents were "okay with you having online friends" who are older and stated that "whatever we do together or share between us will always be kept private…just between us."

3. After Minor stated that they were in the 8th grade at school, **Guillory** messaged "Well, if you were older, I would not want to be your teacher. I would rather have you as a special friend and be able to go out with you…just being open and honest." **Guillory** admits that over the following days, **Guillory** messaged Minor about his sexual

interest in Minor, his willingness to "teach" Minor about sex, and the physical and sexual activities they could engage in together.

4.   As charged in Count One of the Indictment, on or about November 2, 2020, in the Eastern District of Texas, **Guillory** admits that transmitted obscene material depicting sexually explicit conduct to Minor. For example, **Guillory** twice sent Minor a GIF file depicting a nude female straddling a nude male and holding his erect penis in her hand. After transmitting the file, **Guillory** messaged Minor, asking whether she wanted to hold his "hard thing," "want to feel it between your legs," and "feel the skin of my shaft rubbing against your wet spot"?

5.   As charged in Count Two of the Indictment, on or about November 3, 2020, **Guillory** admits that he transmitted additional files of obscene material depicting sexually explicit conduct to Minor. For example, on November 3, 2020, **Guillory** sent Minor an animated GIF file depicting the nude vagina and anus of an adult female whose clitoris is rubbed by an erect penis. After sending the file to Minor, **Guillory** admits that he messaged Minor "want me to do this?" and "rub the head of my hard thing on your clit?"

6.   **Guillory** admits that the material he sent Minor depicted individuals engaged in sexually explicit conduct and that the depictions were obscene. **Guillory** further admits that he knew the contents of the depictions at the time he transmitted them to Minor.

7.   **Guillory** acknowledges that the Internet is a means and facility of interstate and foreign commerce, and admits that, by using an Internet-based communications

application, the obscene files he sent to Minor were transported in or affecting interstate commerce.

8. **Guillory** finally admits that he committed the offenses described in the Indictment at a residence in Denton, Texas and at a business in Frisco, Texas, both within the Eastern District of Texas.

**SIGNATURE AND ACKNOWLEDGMENT BY DEFENDANT
MICHAEL RAY GUILLORY**

I have read this Factual Basis and have discussed it with my attorney. I fully understand the contents of this Factual Basis and agree without reservation that it accurately describes my acts.

Dated: 11/2/2022

MICHAEL RAY GUILLORY
Defendant

**SIGNATURE AND ACKNOWLEDGMENT BY ATTORNEY FOR DEFENDANT**

I have read this Factual Basis and the Indictment and have reviewed them with my client. Based upon my discussions with my client, I am satisfied that my client fully understands the Factual Basis.

Dated: 11/4/2022

HAYLEY M. BROWN
Attorney for the Defendant